UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: Adrian L. Goodman )
        Kirstie N. Goodman )
)
) CASE NO. 08-34325
)
)
           Debtor(s) )
_____)

2010 MAR -3 AM 8:39

## MOTION TO DISBURSE UNCLAIMED MONIES

       It appearing that in the above-named case a dividend check in the amount of $ 4,341.52 made payable to PYOD, LLC , Creditor, was unnegotiated by said Creditor, the Trustee having issued a stop payment on the unnegotiated dividend check, and the Clerk having subsequently deposited the funds into the Registry Account for Unclaimed Monies to be held in said account for the benefit of the Creditor,

       The Creditor, PYOD, LLC , now moves this Court to order the disbursement of said funds held in the Registry Account for Unclaimed Monies, and in support of this Motion states:

An unnegotiated check in the amount of $4,341.52 has been deposited for the creditor PYOD, LLC.

Local Form K

WHEREFORE, Claimant requests that the Court issue an order directing the Clerk to make disbursement of said funds held in the Registry Account for Unclaimed Monies for the benefit of the Creditor, PYOD, LLC.

*Robin Underwood*
Robin Underwood, Legal Services Coordinator
PYOD, LLC c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602
864-248-5026

## CERTIFICATE OF MAILING

I hereby certify that on March 3, 2010 a true and correct copy of the foregoing Motion to Disburse Unclaimed Monies was served upon the Unites States Attorney for the Western District of Kentucky, Bank of Louisville Building, 510 West Broadway, Louisville, Kentucky 40202.

*Robin Underwood*
Robin Underwood, Legal Services Coordinator
PYOD, LLC c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602
864-248-5026

Local Form K

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE: ADRIAN L. GOODMAN )
      KIRSTIE N. GOODMAN )
)   CASE NO. : 08-34325
)
DEBTOR(S) )
)

## NOTICE OF UNCLAIMED DIVIDEND- RULE 3011

The undersigned as Chapter 7 Trustee of the above captioned estate hereby notices the clerk of the court that the Trustee mailed a dividend distribution to the creditor(s) listed below, on or about June 17, 2009 totaling $4,341.52. Said check(s) were mailed to the creditor's last known address. Said check(s) were never negotiated.

By reason of the above the Trustee encloses estate check no. 115 in the sum of $4,341.52 representing the unclaimed dividend(s) listed below, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Check # | Creditor | | Amount | Claim # |
|---|---|---|---|---|
| 105 | PYOD, LLC | 1 | $4,341.52 | 2 |
| | P.O. Box 10587 | | | |
| | Greenville, SC 29603-0587 | | | |

/s/
Michael E. Wheatley, Trustee
2 Anchorage Pointe
Louisville, Kentucky 40223
(502) 744-6484

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| In re: | ) | Case No. 08-34325 |
| --- | --- | --- |
| Adrian L. Goodman | ) | |
| Kirstie N. Goodman | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtors | ) | |

## AFFIDAVIT OF SHERRIE A. EMERSON

I, SHERRIE EMERSON, hereby declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am Senior Director of Resurgent Capital Services. I am an authorized representative of Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD, LLC and Ashley Funding

3. I am authorized to make this Affidavit on behalf of Creditor.

4. I authorize Robin Underwood, a Legal Service Coordinator, employed by Creditor to file this petition on behalf of Resurgent Capital Services, Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD and Ashley Funding.

*Sherrie A. Emerson*
SHERRIE A. EMERSON

1

DCL/MAK/06

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

    On  *March 3rd* , 2010, before me Amy Adkins, personally appeared Sherrie A. Emerson, personally known to me as the person whose name is subscribed to the above instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon whose behalf he/she acted, executed the instrument.

*Amy Adkins*
Notary Public
My Commission Expires: 2/5/12

2

DCL/MAK/06





**SHERRIE EMERSON**
Director

15 S Main St
Greenville, SC 29601

Phone: 864-248-8615
Fax: 888-852-9651
Mobile: 864-360-4569
Email: semerson@resurgent.com
www.resurgent.com





The above copy of South Carolina driver's license in the name of Robin Underwood is a true and exact copy of the original.

*Robin Underwood*

Robin Underwood

State of South Carolina

County of Greenville

On March 3rd 2010 ~~2009~~ before me Amy Adkins, personally appeared Robin Underwood, personally known to me as the person whose name is subscribed above.

*Amy Adkins*
Notary Public

My commission expires: 2/5/12



## RESURGENT CAPITAL SERVICES L.P.

Note: This online database was last updated on 2/1/2010 6:01:21 PM.
See our Disclaimer.

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Foreign |
| **STATUS:** | Good Standing |
| **STATE OF INCORPORATION / ORGANIZATION:** | DELAWARE  Profit |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | C T CORP SYSTEM |
| **ADDRESS:** | 75 BEATTIE PLACE |
| **CITY:** | GREENVILLE |
| **STATE:** | SC |
| **ZIP:** | 29601 |
| **SECOND ADDRESS:** | TWO INSIGNIA FINANCIAL PLAZA |
| **FILE DATE:** | 09/02/1999 |
| **EFFECTIVE DATE:** | 09/02/1999 |
| **DISSOLVED DATE:** | / / |

## Corporation History Records

| CODE | FILE DATE | COMMENT | Document |
|---|---|---|---|
| Merger Survivor | 09/23/2005 | SURV. MERGER WITH RESURGENT CAPITAL SERVICES, LLC | |
| Limited Partnership Amendment | 06/29/2005 | NM CH FR ALEGIS GROUP, L.P. | |
| Limited Partnership | 09/02/1999 | FOREIGN LP | Image |

**Disclaimer:** The South Carolina Secretary of State's Business Filings database is provided as a convenience to our customers to research information on business entities filed with our office. Updates are uploaded every 48 hours. Users are advised that the Secretary of State, the State of South Carolina or any agency, officer or employee of the State of South Carolina does not guarantee the accuracy, reliability or timeliness of such information, as it is the responsibility of the business entity to inform the Secretary of State of any updated information. While every effort is made to insure the reliability of this information, portions may be